No. D–353.  IN RE DISBARMENT OF GREENE.  It is ordered that Raymond T. Greene, of Coconut Grove, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–354.  IN RE DISBARMENT OF CONNOLLY.  It is ordered that Robert John Connolly, of East Meadow, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–355.  IN RE DISBARMENT OF GELB.  It is ordered that Joseph Gelb, of Hewlett Bay Park, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–356.  IN RE DISBARMENT OF GORDON.  It is ordered that James Allen Gordon, Jr., of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–357.  IN RE DISBARMENT OF HARTHUN.  It is ordered that Carl Louis Harthun, of Denver, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.